The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>            Plaintiff,<br><br>v.<br><br>F-MAC JV, LLC, JASPER-KLINE GENERAL PARTNERSHIP, MURRAY FRANKLYN HOLDINGS LLC, and JAMES R. LYNCH in his official capacity,<br><br>            Defendants. | NO. 2:24-cv-366-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO STAY ACTION |

IT IS SO ORDERED that this action is hereby stayed for sixty (60) days to facilitate the parties' discussions regarding a potential resolution of this action. Either party may request that the stay be lifted during this period if that party believes that insufficient progress is being made toward a resolution. The Parties shall submit a joint status report to the Court on or before sixty (60) days from the date of this Order.

DATED this 2nd day of May 2024.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Order Granting Stipulated Motion to Stay Action - 1
2:24-cv-366-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

Presented By:

WASHINGTON CIVIL & DISABILITY ADVOCATE

| | |
|---|---|
| */s/ Conrad Reynoldson* | */s/ Marielle Maxwell* |
| Conrad Reynoldson, WSBA #48187 | Marielle Maxwell, WSBA #54957 |
| 4115 Roosevelt Way NE, Suite B | 4115 Roosevelt Way NE, Suite B |
| Seattle, WA 98105 | Seattle, WA 98105 |
| (206) 876-8515 | (206) 455-6430 |
| conrad@wacda.com | marielle@wacda.com |

*Counsel for Plaintiff*

*/s/ James R. Lynch*
James R. Lynch, WSBA #39274
14410 NE Bel Red Road
Bellevue, WA 98007
jamesl@murrayfranklyn.com

*Counsel for Defendant*

Order Granting Stipulated Motion to Stay Action - 2
2:24-cv-366-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date below, I filed the above with the court's ECF system, which sent notice of the electronic filing of the proceeding document to all following attorneys of record and assistants in this proceeding:

| Attorneys and Staff | Counsel for | Email Address |
|---|---|---|
| James R. Lynch | F-MAC JV, LLC<br>Jasper-Kline General Partnership<br>Murray Franklyn Holdings LLC<br>James R. Lynch | jamesl@murrayfranklyn.com |

DATED this 2nd day of May, 2024.

s/--<br>--

Order Granting Stipulated Motion to Stay Action - 3
2:24-cv-366-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172