The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>                    Plaintiff,<br><br>v.<br><br>F-MAC JV, LLC, JASPER-KLINE GENERAL PARTNERSHIP, MURRAY FRANKLYN HOLDINGS LLC, and JAMES R. LYNCH in his official capacity,<br><br>                    Defendants. | NO. 2:24-cv-366-BJR<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO STAY ACTION |

IT IS SO ORDERED that this action is hereby stayed for thirty (30) days to facilitate the Parties' ongoing discussions regarding a potential resolution of this action.  Either Party may request that the stay be lifted during this period if that Party believes that insufficient progress is being made toward a resolution.  The Parties shall submit a joint status report to the Court on or before thirty (30) days from the date of this Order.

DATED this 1st day of July 2024.

_____
Barbara J. Rothstein
United States District Judge

Order Granting Second Stipulated Motion to Stay
Action - 1
2:24-cv-366-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

1

2          Presented By:

3     WASHINGTON CIVIL & DISABILITY ADVOCATE

4     */s/ Conrad Reynoldson*              */s/ Marielle Maxwell*
       Conrad Reynoldson, WSBA #48187       Marielle Maxwell, WSBA #54957
5      4115 Roosevelt Way NE, Suite B       4115 Roosevelt Way NE, Suite B
       Seattle, WA 98105                    Seattle, WA 98105
6      (206) 876-8515                       (206) 455-6430
        conrad@wacda.com                     marielle@wacda.com
7
      *Counsel for Plaintiff*
8

9                                          */s/ James R. Lynch*
                                            James R. Lynch, WSBA #39274
10                                          14410 NE Bel Red Road
                                            Bellevue, WA 98007
11                                          jamesl@murrayfranklyn.com

12                                         *Counsel for Defendant*

13

14

15

16

17

18

19

20

21

22

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify under penalty of perjury under the laws of the State of Washington that

3

on the date below, I caused the above to be sent all following attorneys of record and assistants

4

in this proceeding:

5

| Attorneys and Staff | Counsel for | Email Address |
|---|---|---|
| James R. Lynch | F-MAC JV, LLC<br>Jasper-Kline General Partnership<br>Murray Franklyn Holdings LLC<br>James R. Lynch | jamesl@murrayfranklyn.com |

6

7

8

DATED this 1st day of July, 2024.

9

10

*s/Marielle Maxwell*
Marielle Maxwell

11

12

13

14

15

16

17

18

19

20

21

22

Order Granting Second Stipulated Motion to Stay
Action - 3
2:24-cv-366-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172