The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>Plaintiff<br><br>v.<br><br>F-MAC JV, LLC, JASPER-KLINE GENERAL PARTNERSHIP, MURRAY FRANKLYN HOLDINGS LLC, and JAMES R. LYNCH in his official capacity,<br><br>Defendants | NO. 2:24-cv-366-BJR<br><br>ORDER GRANTING JOINT REQUEST FOR FURTHER STAY<br>AND EXTENSION OF DEADLINES |

THIS MATTER comes before the court upon the Parties' Joint Status Report and Request for Further Stay and Extension of Deadlines. Finding good cause, the Court ORDERS as follows:

Discovery and other case-related deadlines are STAYED until September 30, 2024, by which time the parties shall file a brief joint case management statement to the Court.

//

//

//

IT IS FURTHER ORDERED that all still-pending deadlines in this case are EXTENDED in accordance with the Parties' request as follows:

| Event | Deadline |
|---|---:|
| Deadline for FRCP 26(f) Conference: | October 1, 2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | October 8, 2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | October 15, 2024 |

The Court declines to set a new trial date at this time, and will do so on an expedited basis, if necessary, should the parties be unable to reach a settlement.

DATED this 1st day of August 2024.

*Barbara J. Rothstein*

The Honorable Barbara J. Rothstein
United States District Judge

Order Granting Joint Request for Further
Stay and Extension of Deadlines- 2
2:24-cv-366-BJR

WASHINGTON CIVIL & DISABILITY
ADVOCATE 4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172